## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSALEE V. ZARROW, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-CV-1550** |
| | : | |
| CONICELLI HYUNDAI, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of May, 2026, upon consideration of Plaintiff Rosalee V. Zarrow's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and pro se Complaint (Doc. No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons discussed in the accompanying Memorandum.  Zarrow may reassert her claims in the proper state court if she chooses to do so.

4.      The Request for Default Judgment (Doc. No. 5) is **DENIED** because Zarrow has failed to state a claim and because no summons has issued in this case.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Karen Spencer Marston**
**KAREN SPENCER MARSTON, J.**